**DICKINSON WRIGHT PLLC**
MICHAEL N. FEDER (NV Bar No. 7332)
Email: mfeder@dickinson-wright.com
GABRIEL A. BLUMBERG (NV Bar No. 12332)
Email: gblumberg@dickinson-wright.com
3883 Howard Hughes Parkway, Suite800
Las Vegas, NV 89169
Telephone:   (702) 550-4400
Facsimile:    (844) 670-6009

**GIBSON, DUNN & CRUTCHER LLP**
ELIZABETH K. McCLOSKEY
(CA Bar No. 268184)
(*pro hac vice forthcoming*)
Email: emccloskey@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA  94105-0921
Telephone:   (415) 393-4622
Facsimile:    (415) 393-8306

*Attorneys for Defendant Meta Platforms, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MATTHEW DAVIS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC.<br><br>Defendant. | Case No. 2:23-cv-01352-APG-BNW<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT META PLATFORMS, INC. TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**<br><br>**(FIRST REQUEST)** |

Pursuant to Local Rules IA 6-1, 6-2, and 7-1, and the Chamber Practices of the Honorable Andrew P. Gordon, plaintiff Matthew Davis and defendant Meta Platforms, Inc. ("Meta"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, this action was filed on August 30, 2023;

WHEREAS, Meta's deadline to answer or otherwise respond to the Complaint is currently set for September 27, 2023;

///

///

WHEREAS, plaintiff and Meta have met and conferred regarding the deadline for Meta to answer or otherwise respond to the Complaint and agreed to extend this deadline by thirty (30) days to October 27, 2023;

WHEREAS, the proposed stipulated extension will not alter the date of any event or deadline already fixed by the Court;

WHEREAS, this stipulation is without prejudice to any defense Meta might assert in this action;

NOW, THEREFORE, plaintiff and Meta hereby stipulate and agree that Meta's deadline to answer or otherwise respond to the Complaint is extended by thirty (30) days to October 27, 2023;

IT IS SO STIPULATED.

Dated: September 27th, 2023

**DICKINSON WRIGHT PLLC**

/s/: Michael N. Feder
MICHAEL N. FEDER (NV Bar No. 7332)
Email: mfeder@dickinson-wright.com
GABRIEL A. BLUMBERG (NV Bar No. 12332)
Email: gblumberg@dickinson-wright.com
3883 Howard Hughes Parkway, Suite 800
Las Vegas, NV  89169
Telephone: (702) 550-4400

**GIBSON, DUNN & CRUTCHER LLP**
ELIZABETH K. MCCLOSKEY
(CA Bar No. 268184) (*pro hac vice forthcoming*)
Email: emccloskey@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA  94105-0921
Telephone: (415) 393-4622

*Attorneys for Defendant Meta Platforms, Inc.*

**KEMP JONES, LLP**

/s/: Don Springmeyer
DON SPRINGMEYER (NV Bar No. 1021)
Email: d.springmeyer@kempjoines.com
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada  89169
Telephone: (702) 385-6000

**BURSOR & FISHER, P.A.**
NEAL J. DECKANT (CA Bar No. 322946)
(*admitted pro hac vice*)
Email: ndeckant@bursor.com
STEFAN BOGDANVICH (CA Bar No. 323525)
(*admitted pro hac vice*)
Email: sbogdanovich@bursor.com
1990 N. California Blvd., Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

Dated: 9/28/2023

CASE NO.: 2:23-cv-01352-APG-BNW

**CERTIFICATE OF SERVICE**

The undersigned, an employee of Dickinson Wright PLLC, hereby certifies that on the 27th day of September, 2023, a copy of the **STIPULATION TO EXTEND TIME FOR DEFENDANT META PLATFORMS, INC. TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT (FIRST REQUEST)** was served electronically to all parties of interest through the Court's CM/ECF system as follows:

| | |
|---|---|
| **BURSOR & FISHER, P.A.**<br>Neal J. Deckant<br>Stefan Bogdanovich<br>1990 North California Blvd., Suite 940<br>Walnut Creek, CA 94596<br>Telephone: (925) 300-4455<br>Facsimile: (925) 407-2700<br>Email: ndeckant@bursor.com<br>Email: sbogdanovich@bursor.com | **KEMP JONES, LLP**<br>Don Springmeyer, Esq. (Nev. Bar No.1021)<br>3800 Howard Hughes Parkway, 17th Floor<br>Las Vegas, Nevada 89169<br>Telephone: (702) 385-6000<br>Email: d.springmeyer@kempjones.com |

By: */s/ Dianne M. Kelling*
An employee of Dickinson Wright PLLC