# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MATTHEW DAVIS, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>META PLATFORMS, INC.<br><br>　　　　　　　　　　　　Defendant. | Case No. 2:23-cv-01352-APG-BNW<br><br>**[PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT META PLATFORMS, INC. TO RESPOND TO THE COMPLAINT AND SETTING MOTION TO DISMISS BRIEFING SCHEDULE** |

THIS MATTER comes before the Court on Plaintiff Matthew Davis ("Plaintiff") and Defendant Meta Platforms, Inc.'s ("Meta") Stipulation To Extend Time for Meta Platforms, Inc. to Respond to Plaintiff's Complaint and Set Motion to Dismiss Briefing Schedule.  The Court has determined, for good cause shown:

1. Meta's deadline to respond to the Complaint shall be extended by fourteen (14) days to November 10, 2023;

2. Plaintiff's deadline to file an opposition to Meta's motion to dismiss shall be December 1, 2023;

…

…

…

…

3. Meta's deadline to file a reply in support of its motion to dismiss shall be December 15, 2023.

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: _____

CASE NO.: 2:23-CV-01352-APG-BNW