**DICKINSON WRIGHT PLLC**
MICHAEL N. FEDER (NV Bar No. 7332)
Email: mfeder@dickinson-wright.com
GABRIEL A. BLUMBERG (NV Bar No. 12332)
Email: gblumberg@dickinson-wright.com
3883 Howard Hughes Parkway, Suite 800
Las Vegas, NV 89169
Telephone:    (702) 550-4400
Facsimile:    (844) 670-6009

**GIBSON, DUNN & CRUTCHER LLP**
ELIZABETH K. McCLOSKEY (CA Bar No. 268184) (*pro hac vice* forthcoming)
Email: emccloskey@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:    (415) 393-4622
Facsimile:    (415) 393-8306

*Attorneys for Defendant Meta Platforms, Inc.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MATTHEW DAVIS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC.<br><br>Defendant. | Case No. 2:23-cv-01352-APG-BNW<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT META PLATFORMS, INC. TO RESPOND TO THE COMPLAINT AND TO SET MOTION TO DISMISS BRIEFING SCHEDULE**<br><br>**(SECOND REQUEST)** |

Pursuant to Local Rules IA 6-1, 6-2, and Local Rule 7-1, and the Chamber Practices of the Honorable Andrew P. Gordon, Plaintiff Matthew Davis ("Plaintiff") and Defendant Meta Platforms, Inc. ("Meta"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, this action was filed on August 30, 2023;

WHEREAS, this is the second stipulation for an extension of time for Meta to respond to the Complaint;

WHEREAS, Meta's deadline to respond to the Complaint is currently set for October 27, 2023;

WHEREAS, Meta intends to file a motion to dismiss Plaintiff's Complaint;

WHEREAS, Plaintiff and Meta met and conferred regarding the deadline for Meta to respond to the Complaint and agreed to extend this deadline by fourteen (14) days to November 10, 2023, to set a deadline of December 1, 2023 for Plaintiff's opposition to Meta's motion to dismiss, and to set a deadline of December 15, 2023 for Meta's reply in support of its motion to dismiss;

WHEREAS, the proposed stipulated extension will not alter the date of any other event or deadline already fixed by the Court; and,

WHEREAS, this stipulation is without prejudice to any defense Meta might assert in this action:

NOW, THEREFORE, Plaintiff and Meta hereby stipulate and agree to the following schedule:

1. Meta's deadline to respond to the Complaint shall be extended by fourteen (14) days to November 10, 2023;
2. Plaintiff's deadline to file an opposition to Meta's motion to dismiss shall be December 1, 2023;
3. Meta's deadline to file a reply in support of its motion to dismiss shall be December 15, 2023.

IT IS SO STIPULATED.


Dated: October 26, 2023

| **DICKINSON WRIGHT PLLC** | **KEMP JONES, LLP** |
|---|---|
| */s/ Michael N. Feder* | */s/ Don Springmeyer* |
| MICHAEL N. FEDER (NV Bar No. 7332) | DON SPRINGMEYER (NV Bar No. 1021) |
| Email: mfeder@dickinson-wright.com | Email: d.springmeyer@kempjoines.com |
| GABRIEL A. BLUMBERG (NV Bar No. 12332) | 3800 Howard Hughes Parkway, 17th Floor |
| Email: gblumberg@dickinson-wright.com | Las Vegas, Nevada 89169 |
| 3883 Howard Hughes Parkway, Suite 800 | Telephone: (702) 385-6000 |
| Las Vegas, NV 89169 | |

1  Telephone: (702) 550-4400

2  **GIBSON, DUNN & CRUTCHER LLP**  **BURSOR & FISHER, P.A.**
   */s/ Elizabeth K. McCloskey*  NEAL J. DECKANT (CA Bar No. 322946)
3  ELIZABETH K. McCLOSKEY (CA Bar No.  *(admitted pro hac vice)*
   268184) (*pro hac vice* forthcoming)  Email: ndeckant@bursor.com
4  Email: emccloskey@gibsondunn.com  STEFAN BOGDANVICH (CA Bar No. 323525)
   555 Mission Street, Suite 3000  *(admitted pro hac vice)*
5  San Francisco, CA 94105-0921  Email: sbogdanovich@bursor.com
   Telephone:     (415) 393-4622  1990 N. California Blvd., Suite 940
6  Walnut Creek, CA 94596
   *Attorneys for Defendant Meta Platforms, Inc.*  Telephone: (925) 300-4455
7
8  *Attorneys for Plaintiff*

9

10  **IT IS SO ORDERED:**

11

12  _____
    UNITED STATES MAGISTRATE
13
    JUDGE DATED:   10/31/2023
14
    CASE NO.: 2:23-CV-01352-APG-BNW
15

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MATTHEW DAVIS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC.<br><br>Defendant. | Case No. 2:23-cv-01352-APG-BNW<br><br>**[PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT META PLATFORMS, INC. TO RESPOND TO THE COMPLAINT AND SETTING MOTION TO DISMISS BRIEFING SCHEDULE** |

THIS MATTER comes before the Court on Plaintiff Matthew Davis ("Plaintiff") and Defendant Meta Platforms, Inc.'s ("Meta") Stipulation To Extend Time for Meta Platforms, Inc. to Respond to Plaintiff's Complaint and Set Motion to Dismiss Briefing Schedule.  The Court has determined, for good cause shown:

1. Meta's deadline to respond to the Complaint shall be extended by fourteen (14) days to November 10, 2023;
2. Plaintiff's deadline to file an opposition to Meta's motion to dismiss shall be December 1, 2023;

…

…

…

…

-1-
[PROPOSED] ORDER SETTING TIME FOR DEFENDANT META PLATFORMS, INC. TO RESPOND AND MOTION TO DISMISS BRIEFING SCHEDULE — CASE NO. 2:23-CV-01352-APG-BNW

3. Meta's deadline to file a reply in support of its motion to dismiss shall be December 15, 2023.

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: _____

CASE NO.: 2:23-CV-01352-APG-BNW