**DICKINSON WRIGHT PLLC**
MICHAEL N. FEDER
NV Bar No. 7332
mfeder@dickinson-wright.com
GABRIEL A. BLUMBERG
NV Bar No. 12332
gblumberg@dickinson-wright.com
3883 Howard Hughes Parkway, Suite 800
Las Vegas, NV 89169
Telephone:    (702) 550-4400
Fax:            (844) 670-6009

**GIBSON, DUNN & CRUTCHER LLP**
LAUREN R. GOLDMAN (*admitted pro hac vice*)
lgoldman@gibsondunn.com
DARCY C. HARRIS (*admitted pro hac vice*)
dharris@gibsondunn.com
200 Park Avenue
New York, NY 10166
Telephone:    (212) 351-4000
Fax:            (212) 351-4035

**GIBSON, DUNN & CRUTCHER LLP**
ELIZABETH K. McCLOSKEY (*admitted pro
hac vice*)
emccloskey@gibsondunn.com
One Embarcadero Ctr., Suite 2600
San Francisco, CA 94111-3715
Telephone:    (415) 393-8200
Fax:            (415) 393-8306

*Attorneys for Defendant Meta Platforms, Inc.*

**KEMP JONES, LLP**
DON SPRINGMEYER
NV Bar No. 1021
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
Telephone: (702) 385-6000
Facsimile: (702) 385-6001
d.springmeyer@kempjones.com

**BURSOR & FISHER, P.A.**
NEAL J. DECKANT (*admitted pro hac vice*)
STEFAN BOGDANOVICH (*admitted pro hac
vice*)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
ndeckant@bursor.com
sbogdanovich@bursor.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MATTHEW DAVIS, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>          v.<br><br>META PLATFORMS, INC.,<br><br>                    Defendant. | Case No. 2:23-cv-01352-APG-BNW<br><br><br>**STIPULATION TO STAY DISCOVERY AND EXTEND TIME TO SUBMIT PROPOSED DISCOVERY PLAN AND SCHEDULING ORDER** |

1

STIPULATION TO STAY DISCOVERY AND EXTEND TIME TO SUBMIT PROPOSED DISCOVERY PLAN
AND SCHEDULING ORDER
CASE NO. 2:23-CV-01352-APG-BNW

Gibson, Dunn &
Crutcher LLP

Pursuant to Local Rules IA 6-1, 6-2, and Local Rule 7-1, and the Chamber Practices of the Honorable Andrew P. Gordon, Plaintiff Matthew Davis ("plaintiff") and Defendant Meta Platforms, Inc. ("Meta"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, this action was filed on August 30, 2023;

WHEREAS, Meta filed a motion to dismiss the complaint on November, 10, 2023 (ECF 18);

WHEREAS, Meta's motion to dismiss was fully briefed as of December 15, 2023 (ECF 28);

WHEREAS, on February 22, 2024, the Court directed the parties to submit a joint proposed discovery plan and scheduling order no later than March 6, 2024 (ECF 31);

WHEREAS, this case challenges Meta's alleged receipt of information about plaintiff from the Nevada Department of Motor Vehicles website.  Specifically, plaintiff alleges that because the Nevada Department of Motor Vehicles embedded the Meta Pixel on its website, Meta allegedly received information about plaintiff in violation of the Driver's Privacy Protection Act, 18 U.S.C. § 2721.  Given the complexity of Meta's computing systems and networks, discovery in this matter will be highly complex; and

WHEREAS, the Court's ruling on Meta's motion to dismiss is potentially dispositive of the complaint in its entirety and is otherwise likely to clarify the scope of discovery and the issues of fact relevant to Plaintiff's claims;

WHEREAS, Plaintiff and Meta have conferred and agree that all discovery obligations in this action should be stayed pending a ruling on Meta's motion to dismiss the complaint, and that the deadline to file the joint proposed discovery plan and scheduling order should be extended to thirty days after the Court's ruling on Meta's motion to dismiss, if still necessary;

WHEREAS, this is the first stipulation for an extension of time to take discovery;

NOW, THEREFORE, Plaintiff and Meta hereby stipulate and agree, subject to the approval of the Court, to the following schedule:

1.  All discovery obligations in this action, including the deadline to file the joint proposed discovery plan and scheduling order, are stayed until the Court enters a decision on Meta's pending motion to dismiss the complaint;

Gibson, Dunn & Crutcher LLP

2

STIPULATION TO STAY DISCOVERY AND EXTEND TIME TO SUBMIT PROPOSED DISCOVERY PLAN AND SCHEDULING ORDER
CASE NO. 2:23-CV-01352-APG-BNW

1    2. The parties' deadline to submit a joint proposed discovery plan and scheduling order

2        shall be thirty (30) days after the Court enters a decision on Meta's pending motion to

3        dismiss the complaint.

4    IT IS SO STIPULATED.

5

6    Dated: March 1, 2024.

7    **DICKINSON WRIGHT PLLC**                          **KEMP JONES, LLP**
     */s/ Michael N. Feder*                              */s/ Don Springmeyer*
8    MICHAEL N. FEDER (NV Bar No. 7332)                 DON SPRINGMEYER (NV Bar No. 1021)
     Email: mfeder@dickinson-wright.com                 Email: d.springmeyer@kempjoines.com
9    GABRIEL A. BLUMBERG (NV Bar No. 12332)             3800 Howard Hughes Parkway, 17th Floor
     Email: gblumberg@dickinson-wright.com              Las Vegas, Nevada 89169
10   3883 Howard Hughes Parkway, Suite 800              Telephone: (702) 385-6000
     Las Vegas, NV 89169
11   Telephone: (702) 550-4400

12   **GIBSON, DUNN & CRUTCHER LLP**                     **BURSOR & FISHER, P.A.**
      */s/ Elizabeth K. McCloskey*                       NEAL J. DECKANT (CA Bar No. 322946)
13   ELIZABETH K. McCLOSKEY (CA Bar No.                  *(admitted pro hac vice)*
     268184) (*pro hac vice* forthcoming)                Email: ndeckant@bursor.com
14   Email: emccloskey@gibsondunn.com                    STEFAN BOGDANVICH (CA Bar No. 323525)
     555 Mission Street, Suite 3000                      *(admitted pro hac vice)*
15   San Francisco, CA 94105-0921                        Email: sbogdanovich@bursor.com
     Telephone:    (415) 393-4622                        1990 N. California Blvd., Suite 940
16                                                       Walnut Creek, CA 94596
     *Attorneys for Defendant Meta Platforms, Inc.*      Telephone: (925) 300-4455
17

18                                                       *Attorneys for Plaintiff*

19

20                                                       **IT IS SO ORDERED:**

21

22                                                       _____
                                                         UNITED STATES MAGISTRATE JUDGE
23
                                                         DATED:   3/4/2024
24
                                                         CASE NO.: 2:23-CV-01352-APG-BNW
25

26

27

28

Gibson, Dunn &
Crutcher LLP

STIPULATION TO STAY DISCOVERY AND EXTEND TIME TO SUBMIT PROPOSED DISCOVERY PLAN
AND SCHEDULING ORDER
CASE NO. 2:23-CV-01352-APG-BNW