**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| MATTHEW DAVIS, | Case No.: 2:23-cv-01352-APG-BNW |
|---|---|
| Plaintiff | **Order Dismissing Case** |
| v. | |
| META PLATFORMS, INC., | |
| Defendant | |

    I previously granted defendant Meta Platforms, Inc.'s motion to dismiss, with leave to amend. ECF No. 37.  I advised plaintiff Matthew Davis that if he did not file an amended complaint by July 31, 2024, I would dismiss his claims with prejudice. Id. at 16.  Davis did not file an amended complaint.

    I THEREFORE ORDER that plaintiff Matthew Davis's complaint (ECF No. 1) is dismissed with prejudice.  The clerk of court is instructed to enter judgment in favor of defendant Meta Platforms, Inc. and against plaintiff Matthew Davis, and to close this case.

    DATED this 10th day of September, 2024.

                                                   ANDREW P. GORDON
                                                 UNITED STATES DISTRICT JUDGE