AO450 (NVD Rev. 7/31/24)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Matthew Davis

          Plaintiff,

v.

Meta Platforms, Inc.

          Defendant.

JUDGMENT IN A CIVIL CASE

Case Number: 2:23-cv-01352-APG-BNW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Judgment entered in favor of defendant Meta Platforms, Inc. and against plaintiff Matthew Davis. The complaint is dismissed with prejudice. Case closed.

09/10/2024                           DEBRA K. KEMPI
Date                                              Clerk

                                                             /s/ AMMi
                                                             Deputy Clerk